# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Brandon Adams

Plaintiff,

v.

Case No.: 1:26–cv–04203

Honorable John Robert Blakey

First Advantage Background Services
Corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2026:

MINUTE entry before the Honorable John Robert Blakey: The Court grants the motion by Defendant First Advantage Background Services Corporation for an extension of time to file responsive pleading [9]. Defendants shall respond to the complaint by 6/22/2026, and the parties shall file their initial joint status report by 6/29/2026. The Court reminds counsel that all motions must be noticed for presentment; in the future, the Court will strike any motion not noticed. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.